IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-129-BO

FERNANDO A. TEJADA, )
)
   Plaintiff, )
)
v. ) O R D E R
)
)
NANCY A. BERRYHILL, )
*Acting Commissioner of Social Security,* )
)
   Defendant. )

This matter is before the Court on the order and memorandum and recommendation ("M&R") of United States Magistrate Judge James E. Gates. [DE 6].

On July 5, 2017, Judge Gates denied plaintiff's motion to proceed *in forma pauperis*. On July 27, 2017, Judge Gates entered an order and M&R ordering plaintiff to pay the required filing fee not later than August 10, 2017, and recommending that this matter be dismissed if plaintiff failed to pay the filing within the required time.

Plaintiff paid the filing fee in full on August 9, 2017. The recommendation of dismissal by the magistrate judge is therefore MOOT. The clerk is DIRECTED to file the complaint and issue the summons.

SO ORDERED.

This the __13__ day of September, 2017.

                                        TERRENCE W. BOYLE
                                        UNITED STATES DISTRICT JUDGE