IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO.: 7:17-CV-000129-BO

FERNANDO A. TEJADA, )
)
Plaintiff, )
)
v. ) O R D E R
)
)
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
)
Defendant.

On motion of claimant's counsel, and for good cause shown, IT IS ORDERED, pursuant to 42 U.S.C. § 406(b)(1), that claimant's counsel be awarded attorney fees in the amount of ~~$9,213.00~~. $8,000.$ TWB

This 6 day of February, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE